**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------

JUSTINIANO VASQUEZ,

                          Plaintiff,

      -against-

ARTHUR AVENUE EAST 189TH LLC,

                        Defendant.

------------------------------------x

<u>ORDER</u>

20 Civ. 3217 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 2 2020

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record during today's conference, Plaintiff's motion to remand, (ECF No. 8), is DENIED. The Clerk of Court is directed to close the motion accordingly.

Dated: New York, New York
       August 12, 2020

                                        SO ORDERED.

                                        *George B. Daniels*
                                        GEORGE B. DANIELS
                                        United States District Judge