USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/29/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
JUSTINIANO VASQUEZ,                              :            20-CV-3217 (RWL)
                                                 :
                          Plaintiff,             :
                                                 :
              - against -                        :            **ORDER OF DISMISSAL**
                                                 :
ARTHUR AVENUE EAST 189TH LLC,                    :
                                                 :
                          Defendant.             :
--------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        The Court having been advised by the parties that all claims asserted in this action have been settled (Dkt. 24), it is ordered that the above-entitled action be, and hereby is, dismissed without costs; provided, however, that if the settlement is not consummated within sixty days of this Order, either party may apply by letter within that period to restore the action to the calendar.  Any application to reopen must be filed within sixty days of this Order, and any application to reopen filed thereafter may be denied solely on that basis.  If the parties wish for the Court to retain jurisdiction to enforce a settlement agreement, an order of the Court must be entered to that effect within the sixty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).  Any pending motions are moot and shall be terminated.  The Clerk of Court is respectfully directed to terminate all pending motions, vacate all remaining conference dates and other deadlines, and close this case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  January 29, 2021
        New York, New York

Copies transmitted this date to all counsel of record.